UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN
_____

| | |
|---|---|
| CHERYL BESSER, individually and on behalf of all others similarly situated, | Case No. 2:13-cv-11558<br>Honorable Bernard A. Friedman |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| INDEPENDENT BANK, | |
| Defendant. | |

| | |
|---|---|
| Daniel O. Myers (P49250)<br>LAW OFFICES OF DANIEL O. MYERS<br>Attorneys for Plaintiff<br>100 Park Street<br>Traverse City, MI 49684<br>(231) 929-0500<br>dmyers@domlawoffice.com | Ronald G. DeWaard (P44117)<br>Brion B. Doyle (P67870)<br>VARNUM LLP<br>Attorneys for Defendant<br>Bridgewater Place, P.O. Box 352<br>Grand Rapids, MI 49501-0352<br>(616) 336-6000<br>rgdewaard@varnumlaw.com<br>bbdoyle@varnumlaw.com |
| Gary F. Lynch<br>Sunshine R. Fellows<br>CARLSON LYNCH<br>Attorneys for Plaintiff<br>PNC Park, Suite 210<br>115 Federal Street<br>Pittsburgh, PA 15212<br>(412) 322-9243<br>glynch@carlsonlynch.com<br>sfellows@carlsonlynch.com | |

Plaintiff, Cheryl Besser ("Plaintiff"), and Defendant, Independent Bank ("Defendant"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Fed. R. Civ. P. 23(e), hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of any alleged class members.  No class has been certified in this action.  Accordingly, class notice and Court approval of the settlement are not required under Fed. R. Civ. P. 23(e).

In accordance with the terms of their Settlement Agreement, the parties request that the Court dismiss with prejudice Plaintiff's individual claims and dismiss without prejudice the claims of any alleged class members.

| | |
|---|---|
| Date: January 8, 2014 | Date: January 8, 2014 |
| CARLSON LYNCH<br>Attorneys for Plaintiff | VARNUM LLP<br>Attorneys for Defendant |
| By: /s/ Sunshine R. Fellows<br>    Sunshine R. Fellows<br>    sfellows@carlsonlynch.com | By: /s/ Brion B. Doyle<br>    Brion B. Doyle (P67870)<br>    bbdoyle@varnumlaw.com |