# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CHERYL BESSER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INDEPENDENT BANK,<br><br>Defendant. | Case No. 2:13-cv-11558 |

## ORDER OF COURT

AND NOW, this 8TH. day of January, 2014, upon consideration of the Parties' Stipulation of Dismissal (Dkt. #9), IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice as to Plaintiff's individual claims and dismissed without prejudice as to the claims of any alleged class members.

BY THE COURT:

S/ Bernard A. Friedman
Bernard A. Friedman
U. S. District Court Judge